IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA DUKICH and JOHN DUKICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IKEA US RETAIL LLC and IKEA NORTH AMERICA SERVICES, LLC,<br><br>Defendants. | Civil Action No. 2:20-cv-02182-HB<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE CLASS ALLEGATIONS**

AND NOW come Defendants IKEA US Retail LLC and IKEA North America Services, LLC and move this Honorable Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to enter an order dismissing Plaintiffs' Amended Class Action Complaint with prejudice or, in the alternative, striking the class allegations. This motion is based upon the accompanying Brief in support thereof and all of the pleadings and documents in this action.

Dated: October 7, 2020

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Lori B. Leskin*

Lori B. Leskin (*pro hac vice*)
Carmela T. Romeo (Bar No. 313042)
Elie Salamon (*pro hac vice*)
250 West 55th Street
New York, NY 10019-9710
Tel.: 212.836.8000

Lori.Leskin@arnoldporter.com
Carmela.Romeo@arnoldporter.com
Elie.Salamon@arnoldporter.com

*Attorneys for Defendants*