IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA DUKICH and JOHN DUKICH | : | CIVIL ACTION |
| v. | : | |
| IKEA US RETAIL LLC et al. | : | |
| | : | NO. 20-2182 |

ORDER

AND NOW, this 14th day of January, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the Motion of Defendants IKEA US Retail LLC and IKEA North America Services LLC to Dismiss Plaintiffs' Amended Complaint or, in the Alternative, to Strike Class Allegations (Doc. # 17) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.