```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DIANA DUKICH and JOHN DUKICH        :        CIVIL ACTION
                                    :
             v.                     :
                                    :
IKEA US RETAIL LLC, et al.          :        NO. 20-2182
                                    :
                                    :

ORDER

AND NOW, this  19th  day of April, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The Motion to Intervene as Plaintiffs (Doc. #37) is GRANTED;

(2) Audra Andrews, Janet Bou, Ana Medina, Samantha Meyers, Christine Ross, Chelsey Sinclair, Christopher Slater, Keri Strauch, Jason Thompson, and Erin Wallace may join this action as plaintiffs; and

(3) The clerk of court shall separately docket the Second Amended Complaint which is currently attached as Exhibit B to the Motion to Intervene. The defendant shall answer the Second Amended Complaint on or before May 3, 2021.

BY THE COURT:

/s/ Harvey Bartle III
_____
                    J.