IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA and JOHN DUKICH, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| IKEA US RETAIL LLC, et al. | : | NO. 20-2182 |

## ORDER

AND NOW, this 13th day of September, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants IKEA US Retail LLC and IKEA North America Services LLC for summary judgment against plaintiffs Diana Dukich, John Dukich, Christine Ross, Christopher Slater, Jason Thompson, and Erin Wallace (Doc. #74) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.