IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA and JOHN DUKICH, et al. | : | CIVIL ACTION |
| v. | : | |
| IKEA US RETAIL LLC, et al. | : | NO. 20-2182 |

JUDGMENT

AND NOW, this 13th day of September, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that judgment is entered in favor of defendants IKEA US Retail LLC and IKEA North America Services LLC and against plaintiffs Diana Dukich, John Dukich, Christine Ross, Christopher Slater, Jason Thompson, and Erin Wallace.

BY THE COURT:

/s/ Harvey Bartle III
_____
                              J.