IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA and JOHN DUKICH, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| IKEA US RETAIL LLC, et al. | : | NO. 20-2182 |

ORDER

AND NOW, this 20th day of December, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of the plaintiffs for class certification (Doc. #38) is DENIED; and

(2) this action is DISMISSED for lack of subject matter jurisdiction.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.